**Order entered August 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00380-CV

### LUTHERAN SOCIAL SERVICES OF THE SOUTH, INC., Appellant

### V.

### WINNIE BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, AND JOHN BLOUNT, INDIVIDUALLY AND AS NEXT FRIEND OF P.B., MINOR CHILD, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02429**

## ORDER

We **GRANT** appellant's August 18, 2015 unopposed motion for an extension of time to file a reply brief.  Appellant shall file a reply brief by **SEPTEMBER 18, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE